UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNA POLEVAYA,                                    Civil Action No.:

                            Plaintiff,                **NOTICE OF REMOVAL**

     - against -

SHLOMO GARTENHAUS and DEVORA,
GARTENHAUS,

                            Defendants.
------------------------------------------------------------------X

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

      Defendants, SHLOMO GARTENHAUS and DEVORA GARTENHAUS, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. 1441, as follows:

      1.     On or about June 5, 2019, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Kings. A trial has not yet been had therein. A copy of the Summons and Complaint is annexed as **Exhibit "A"**. To date, plaintiff has failed to effectuate service of her Complaint against defendants and has failed to provide an Affidavit of Service confirming service of her Complaint against defendants.

      2.     On or about July 23, 2019, Defendants filed their Verified Answer to plaintiff's Complaint. A copy of Defendant's Verified Answer is annexed as **Exhibit "B"**.

      3.     The action seeks monetary damages for personal injuries allegedly suffered by plaintiff, Anna Polevaya, on July 17, 2018, as a result of a motor vehicle accident which occurred at the intersection of Avenue M and Coney Island Avenue in the County of Kings, City and State of New York. See Exhibit A at ¶¶ 5-7. Plaintiff further alleges that the defendants

were negligent in the ownership, operation, maintenance and control of their vehicle. See id. at ¶ 8-9. Plaintiff's Complaint sounds in negligence. See id. at ¶¶ 8, 11.

4. The action involves a controversy between citizens of different states, in that: (a) Plaintiff is a citizen of the State of New York; and (b) Defendants are now and were at the time the action was commenced residents of Ontario, Canada.

5. This action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332. There is complete diversity between Defendant and Plaintiff.

6. In addition, the amount in controversy exceeds $75,000. More specifically, on April 5, 2022, plaintiff filed a Response to Notice of Discovery and Inspection, dated March 15, 2022, in which plaintiff confirmed that her claimed damages exceed $75,000 in compensatory damages as a result of the subject incident. A copy of plaintiff's Response to Notice for Discovery and Inspection received for the very first time by the undersigned by way of plaintiff's electronic filing on April 5, 2022 is annexed as **Exhibit "C"** at ¶ 11.

7. This Notice of Removal is being filed within thirty (30) days of receipt of plaintiff's written allegation that her alleged damages exceed $75,000. See Exhibit D.

8. Written notice of the filing of this Notice of Removal will be given to plaintiff promptly after the filing of this Notice.

9. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Kings, promptly after the filing of this Notice.

10. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

33202364.v1

11. By filing this Notice of Removal, Defendants do not waive any defense which may be available to them.

**WHEREFORE** Defendants pray that the above-captioned action now pending in the Supreme Court in the State of New York, County of Kings, be removed therefrom to this Honorable Court.

Dated: Garden City, New York
April 28, 2022

GOLDBERG SEGALLA LLP

By: _____
J. Daniel Velez, Esq.
Attorney for Defendants
200 Garden City Plaza, Suite 520
Garden City, NY 11530
516-281-9800
Fax:   516-281-9801
GS File No.: 2086.0020

TO:   MICHAEL N. DAVID
*Attorneys for Plaintiff*
ANNA POLEVAYA
14 Wall Street, 20th Floor
New York, New York 10005
(212) 363-1997

33202364.v1