UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANNA POLEVAYA,

                                 Plaintiff,

   -against-

SHLOMO GARTENHAUS and DEVORA
GARTENHAUS,

                                 Defendants.
---------------------------------------------------------------X

Docket No.:
1:22-cv-02431

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the within action including all claims, cross-claims, counterclaims, and third-party claims, be and hereby is dismissed with prejudice. This Stipulation may be filed without further notice. Scanned or faxed signatures are acceptable as originals for purposes of this Stipulation. The Court retains jurisdiction to enforce the terms of settlement between the parties.

Dated: Garden City, New York
       ~~September~~ 31, 2022
       October

**GOLDBERG SEGALLA LLP**

By: _____
    J. Daniel Velez, Esq.
    Attorney for Defendants
200 Garden City Plaza, Suite 520
Garden City New York 11530
(516) 281-9816

**MICHAEL N. DAVID, ESQ.**

By: Michael N. David, Esq.
*Attorneys for Plaintiff*
14 Wall Street, 20th Floor
New York, New York 10005
(212) 363-1997

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2022
       Brooklyn, New York

34203635.v1